E-FILED; Montgomery Circuit Court
Docket: 12/1/2025 11:37 AM; Submission: 12/1/2025 11:37 AM
Envelope: 24035867

| | | |
|---|---|---|
| DISSO JACKSON, f/k/a Martin O. Appiah<br>601 Pressley Street, Apt 210<br>Pittsburgh, PA 15212 | * | IN THE CIRCUIT COURT |
| | * | OF MARYLAND FOR |
| Plaintiff, | * | MONTGOMERY COUNTY |
| v. | * | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br>300 7th St., S.W.<br>Washington, D.C. 20024 | * | |
| | * | |
| | * | |
| Serve: Jeanette Richmond<br>Attention: Legal Dept.<br>300 7th St., S.W.<br>Washington, D.C. 20024 | * | Case No.: C-15-CV-25-006614 |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**COMPLAINT**

COMES NOW Plaintiff, Disso Jackson, f/k/a Martin O. Appiah ("Jackson"), by and through his attorneys, Bourke J. Gorman and Benjamin D. Stirling, Esq., of Hassan, Hassan & Tuchman, P.A., and sues the Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), and for cause of action states as follows:

1. This Court has jurisdiction over the matters contained herein and the parties to this action pursuant to Md. Code Ann., Cts. & Jud. Pro. §§ 1-501; 6-102; and 6-103.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Pro. §§ 6-201 and 6-202 (8), as the cause of action for negligence herein arose, and the Defendant carries on regular business, in Montgomery County, Maryland.

3. On or about December 5, 2023, Plaintiff boarded a public transit bus[1] owned by Defendant WMATA and then being operated by its agent, servant, and/or employee on Randolph Road, in Silver Spring, Maryland, as a lawful and proper passenger. After paying the required fare, Plaintiff began to proceed towards the back of said bus to locate an open seat when the operator of the bus suddenly and unexpectedly accelerated so quickly that Plaintiff was caused to be propelled onto and against the floor of said bus and suffer substantial injuries and damages.

4. At the aforesaid time and place, and at all times relevant to the instant cause of action, Defendant WMATA was duty bound to operate its public bus in a careful and prudent manner, in conformity with the traffic laws and regulations then and there in full force and effect, and with due regard for the health and safety of such customers and passengers as the Plaintiff; however, Defendant, *inter alia*, failed to operate its bus in a careful and prudent manner, in conformity with the traffic laws and regulations then and there in full force and effect, with due regard for the health and safety of such customers and passengers as the Plaintiff, and was otherwise negligent.

5. Defendant MTA, by its bus operator, an agent, servant, and/or employee of Defendant MTA, breached its duties of care to the Plaintiff and was otherwise negligent, by *inter alia*:

i) Failing to control the speed of its bus;

ii) Failing to operate its said bus in a safe and reasonable manner;

iii) Accelerating abruptly and unreasonably;

iv) Failing to protect and provide for the safety of the Plaintiff as required of

1 Upon information and belief, Bus No.: 4473

Defendant;

v) Failing to allow Plaintiff to secure a seat before sharply and aggressively accelerating Defendant's bus; and

was otherwise negligent, when Defendant's bus driver abruptly accelerated and caused Plaintiff to be propelled onto and against the floor of said bus, all of which caused Plaintiff to suffer substantial bodily injuries and damages as well as substantial pain and suffering.

6. As a direct and proximate result thereof, the Plaintiff was seriously, painfully, and permanently injured in and about his head, neck, back, body and limbs, and was caused to suffer serious and painful injuries to his nervous system.

7. As a further result thereof, the Plaintiff was caused to undergo extensive medical treatment for the care of said injuries, and will, in the future, be required to receive considerable medical care and treatment for the care of said injuries.

8. As a further result thereof, the Plaintiff was otherwise injured and damaged, all of which caused the Plaintiff great pain, suffering and damages.

9. The Plaintiff further alleges that all of his injuries, damages, and losses, past, present, and prospective were caused solely by the negligence of the Defendant without any negligence or want of due care on the part of the Plaintiff directly or indirectly contributing thereto.

10. At the aforesaid time and place, and at all times relevant to this Complaint, the bus operator was the agent, servant, and/or employee of Defendant WMATA and was acting within the scope of his employment and agency.

11. The above-described acts of Defendant's bus driver were committed within the scope of said operator's agency and while furthering the business interests of Defendant MTA.

12. As the principal for said bus driver, Defendant MTA is responsible for all of the acts committed by said operator within the scope of his agency.

**WHEREFORE**, the premises considered, the Plaintiff, Disso Jackson, f/k/a Martin O. Appiah, brings this action and demands judgment against the Defendant, Washington Metropolitan Area Transit Authority in an amount **in excess of SEVENTY-FIVE THOUSAND DOLLARS (>$75,000.00)**, plus costs, attorneys' fees, prejudgment interest, and such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted,

Bourke J. Gorman /s/
Bourke J. Gorman
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
bgorman@hhtlawyers.com
CPF #: 9102280003

Benjamin D. Stirling /s/
Benjamin D. Stirling, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
bstirling@hhtlawyers.com
CPF #: 1312190204
*Attorneys for Plaintiff*

E-FILED; Montgomery Circuit Court
Docket: 12/1/2025 11:37 AM; Submission: 12/1/2025 11:37 AM
Envelope: 24035867

| | | |
|---|---|---|
| DISSO JACKSON, | * | IN THE |
| *Plaintiff,* | * | CIRCUIT COURT |
| v. | * | FOR |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | * | MONTGOMERY COUNTY |
| *Defendant.* | * | Case No.: C-15-CV-25-006614 |

* * * * * * * * * * * * *

**DEMAND FOR JURY TRIAL**

Now comes, Disso Jackson, by and through Bourke L. Gorman of Hassan, Hassan & Tuchman, P.A., his attorney and hereby requests a jury trial.

Respectfully submitted,

Bourke J. Gorman /s/
Bourke J. Gorman
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
bgorman@hhtlawyers.com
CPF #: 9102280003

Hassan, Hassan + Tuchman, P.A.
1111 Park Aven
Suite L-150
Baltimore, MD 21201

FIRST-

US POSTAGE IMI PITNEY BOWES
ZIP 21201 $ 020.54⁰
02 7H
0001306113 DEC 01 2025

Washington Metropolitan Area
Transit Authority
serve on: Jeanette Richmond
Attn: Legal Department
300 7th Street, S.W.
Washington, DC 20024

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

9589 0710 5270 3179 9195 69

DEC 5 '25 PM 3:18

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Metropolitan
Area Transit Authority
c/o Jeanette Richmond
Legal Dept.
300 7th St., S.W. Washington
DC 20024

9590 9402 9148 4225 0789 81

2. Article Number *(Transfer from service label)*

9589 0710 5270 3179 9195 69

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...red Mail Restricted Delivery
...r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt